# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Arthur Usherson (plaintiff);

Richard Liebowitz (appellant); Liebowitz Law Firm, PLLC (appellant)

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Bandshell Artist Management (defendant)

(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 6368 (JMF)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: (1) Richard Liebowitz (attorney for plaintiff and party to this appeal);

(2) Liebowitz Law Firm, PLLC (attorney for plaintiff and party to this appeal)

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☐ judgment ☒ order entered on: **June 26, 2020 [Dkt. No. 68]**

(date that judgment or order was entered on docket)

that:

Imposed monetary and non-monetary sanctions on Richard Liebowitz and Liebowitz Law Firm, PLLC

(If the appeal is from an order, provide a brief description above of the decision in the order.)

July 20, 2020
Dated

/s/ Robert J. Anello
Signature*

Robert J. Anello
Name (Last, First, MI)

565 Fifth Avenue / New York / NY / 10017
Address / City / State / Zip Code

(212) 880-9520
Telephone Number

ranello@maglaw.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,ECF,MEDTFR4

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19–cv–06368–JMF

| | |
|---|---|
| Usherson v. Bandshell Artist Management<br>Assigned to: Judge Jesse M. Furman<br>Cause: 17:101 Copyright Infringement | Date Filed: 07/10/2019<br>Date Terminated: 12/20/2019<br>Jury Demand: Plaintiff<br>Nature of Suit: 820 Copyright<br>Jurisdiction: Federal Question |

**Plaintiff**

**Arthur Usherson**      represented by      **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516–233–1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bandshell Artist Management**
*TERMINATED: 12/20/2019*
     represented by      **Brad Richard Newberg**
McGuireWoods LLP
1750 Tysons Blvd., Ste. 1800
Tysons Corner, VA 22102
703–712–5061
Email: bnewberg@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Richard Liebowitz**      represented by      **Brian A. Jacobs**
Morvillo, Abramowitz, Grand, Iason, & Anello P.C.
565 5th Avenue
New York, NY 10017
212–856–9600
Fax: 212–856–9494
Email: bjacobs@maglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert James Anello**
Morvillo, Abramowitz, Grand, Iason, & Anello P.C.
565 5th Avenue
New York, NY 10017
212 880 9320
Fax: 212 856 9494
Email: ranello@maglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Dennis Dillon**
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017

|  | 212–880–9550<br>Email: ddillon@maglaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|
|  | **Kevin Grossinger**<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212–856–9600<br>Email: kgrossinger@maglaw.com<br>*ATTORNEY TO BE NOTICED* |

**Miscellaneous**

| **Liebowitz Law Firm, PLLC** | represented by | **Brian A. Jacobs**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Robert James Anello**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Andrew Dennis Dillon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kevin Grossinger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2019 | 1 | COMPLAINT against Bandshell Artist Management. (Filing Fee $ 400.00, Receipt Number ANYSDC–17216426)Document filed by Arthur Usherson. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 07/10/2019) |
| 07/10/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Bandshell Artist Management, re: 1 Complaint. Document filed by Arthur Usherson. (Liebowitz, Richard) (Entered: 07/10/2019) |
| 07/11/2019 |  | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (jgo)** (Entered: 07/11/2019) |
| 07/12/2019 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 07/12/2019) |
| 07/12/2019 |  | ***NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Richard Liebowitz. The following case opening statistical information was erroneously selected/entered: Nature of Suit code 720 (Labor: Labor/Mgt. Relations);. The following correction(s) have been made to your case entry: the Nature of Suit code has been modified to 820 (Copyright);. (jgo)** (Entered: 07/12/2019) |
| 07/12/2019 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jesse M. Furman. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (jgo) (Entered: 07/12/2019) |

| | | |
|---|---|---|
| 07/12/2019 | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (jgo) (Entered: 07/12/2019) |
| 07/12/2019 | | Case Designated ECF. (jgo) (Entered: 07/12/2019) |
| 07/12/2019 | 4 | ELECTRONIC SUMMONS ISSUED as to Bandshell Artist Management. (jgo) (Entered: 07/12/2019) |
| 07/15/2019 | 5 | ORDER REGARDING EARLY MEDIATION AND THE INITIAL PRETRIAL CONFERENCE: Initial Conference set for 10/10/2019 at 03:15 PM in Courtroom 1105, 40 Centre Street, New York, NY 10007 before Judge Jesse M. Furman. (As further set forth in this order) (Signed by Judge Jesse M. Furman on 7/15/2019) (ne) (Entered: 07/15/2019) |
| 07/15/2019 | 6 | MEDIATION REFERRAL ORDER: It is hereby ORDERED that this case, involving claims under the Copyright Act, 17 U.S.C. § 101 et seq., is referred for mediation to the Court−annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation should take place at least two weeks prior to the Initial Pretrial Conference, which is currently scheduled (by separate Order to be entered today) for October 10, 2019. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. The Court specifically requests a mediator with expertise in copyright matters be assigned. To facilitate prompt mediation, Plaintiff is hereby ORDERED to file proof of service no more than three days after service has been effected. Plaintiff is further ORDERED to produce to Defendant, by the earlier of 14 days after service of process or three business days in advance of any mediation session, (1) copies of records sufficient to show the royalty paid the last three times the work (e.g., the photograph or video) at issue in this case was licensed and (2) the number of times the work was licensed in the last five years. SO ORDERED. Please reference the following when corresponding with the Mediation Office. E−mail MediationOffice@nysd.uscourts.gov, telephone (212) 805−0643, and facsimile (212) 805−0647. Mediator to be Assigned by 7/25/2019. Mediator Expertise Request due by 7/22/2019. (Signed by Judge Jesse M. Furman on 7/15/2019) (ne) (Entered: 07/15/2019) |
| 07/29/2019 | | Terminate Mediation Case Tracking Deadlines: Mediator Assignment Deadline, Mediator Expertise Request Deadline (mf) (Entered: 07/29/2019) |
| 09/21/2019 | 7 | AFFIDAVIT OF SERVICE. Bandshell Artist Management served on 9/5/2019, answer due 9/26/2019. Document filed by Arthur Usherson. (Liebowitz, Richard) (Entered: 09/21/2019) |
| 09/25/2019 | 8 | NOTICE OF APPEARANCE by Brad Richard Newberg on behalf of Bandshell Artist Management. (Newberg, Brad) (Entered: 09/25/2019) |
| 09/25/2019 | 9 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Bandshell Artist Management.(Newberg, Brad) (Entered: 09/25/2019) |
| 09/25/2019 | 10 | ANSWER to 1 Complaint. Document filed by Bandshell Artist Management.(Newberg, Brad) (Entered: 09/25/2019) |
| 10/03/2019 | 11 | INITIAL REPORT OF PARTIES BEFORE PRETRIAL CONFERENCE. Document filed by Arthur Usherson. (Attachments: # 1 Joint Letter)(Liebowitz, Richard) (Entered: 10/03/2019) |
| 10/04/2019 | 12 | LETTER MOTION to Adjourn Conference addressed to Judge Jesse M. Furman from Richard Liebowitz dated October 4, 2019. Document filed by Arthur Usherson.(Liebowitz, Richard) (Entered: 10/04/2019) |
| 10/07/2019 | 13 | ORDER granting 12 Letter Motion to Adjourn Conference. The Court is, to put it mildly, somewhat perturbed by counsel's statement that "[t]he mediation office did not assign a mediator because for some reason the mediation case track was terminated on July 29, 2019." Given how many cases counsel has had in this District, he knew or should have known that the Mediation Office routinely terminates the case−tracking |

| | | |
|---|---|---|
| | | deadlines in these cases pending the defendant's appearance and that the docket entry to that effect did not mean that the mediation would not be scheduled (let alone relieve counsel of the obligation to comply with the Court's order requiring mediation no later than two weeks before the initial pretrial conference). Further, to the extent it was difficult or impossible to schedule the mediation to take place by the deadline set by the Court, counsel has only himself to blame, as he waited until September 5, 2019 to serve Defendant. See ECF No. 7 . Given that, the prudent course would have been been for counsel to timely seek an appropriate extension of the early mediation deadline, an adjournment of the initial pretrial conference, or both. All of that said, the Court continues to believe that early mediation in the normal course (i.e., in person) makes sense. Accordingly, the initial pretrial conference scheduled for October 10, 2019, is ADJOURNED to November 14, 2019, at 4 p.m. The parties shall conduct the in−person mediation no later than October 31, 2019. (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) (Furman, Jesse) (Entered: 10/07/2019) |
| 10/07/2019 | | NOTICE OF MEDIATOR ASSIGNMENT – Notice of assignment of mediator. Mediation is to be held by 10/31/2019.(mf) (Entered: 10/07/2019) |
| 10/10/2019 | | MEDIATION CONFERENCE SCHEDULED First Mediation Conference scheduled for 10/31/2019 at 12:00 PM in Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.(ah) (Entered: 10/10/2019) |
| 11/06/2019 | 14 | MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel*. Document filed by Bandshell Artist Management.(Newberg, Brad) (Entered: 11/06/2019) |
| 11/06/2019 | 15 | MEMORANDUM OF LAW in Support re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel*. . Document filed by Bandshell Artist Management. (Newberg, Brad) (Main Document 15 replaced on 12/10/2019) (ab). (Entered: 11/06/2019) |
| 11/06/2019 | 16 | DECLARATION of Brad R Newberg in Support re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel*.. Document filed by Bandshell Artist Management. (Attachments: # 1 Exhibit Service and Licensing Discussion, # 2 Exhibit First Mediation Discussions, # 3 Exhibit Mediation Office Emails, # 4 Exhibit Mediation Office Emails, # 5 Exhibit Liebowitz draft letter to Court, # 6 Exhibit Emails Scheduling Mediation, # 7 Exhibit Mediator email, # 8 Exhibit Emails regarding proposal, # 9 Exhibit Early morning Oct 31 email, # 10 Exhibit Liebowitz Twitter Post, # 11 Exhibit Meet and confer email, # 12 Exhibit Receipts)(Newberg, Brad) (Main Document 16 replaced on 12/10/2019) (ab). (Entered: 11/06/2019) |
| 11/07/2019 | 18 | INITIAL REPORT OF PARTIES BEFORE PRETRIAL CONFERENCE. Document filed by Arthur Usherson. (Attachments: # 1 Joint Letter)(Liebowitz, Richard) (Attachment 1 replaced on 12/10/2019) (ab). (Entered: 11/07/2019) |
| 11/14/2019 | 19 | RESPONSE in Opposition to Motion re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel*. . Document filed by Arthur Usherson. (Liebowitz, Richard) (Entered: 11/14/2019) |
| 11/14/2019 | | NOTICE: Please be advised that the conference scheduled for today, November 14, 2019, will be held in **Courtroom 905 (note that this is NOT the Court's usual courtroom)** of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY. (ab) (Entered: 11/14/2019) |
| 11/14/2019 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Initial Pretrial Conference held on 11/14/2019. Richard Liebowitz present for the Plaintiff. James Freeman present for Plaintiff's counsel. Brad Newberg present for Defendant. Court reporter present. (ab) (Entered: 11/14/2019) |
| 11/15/2019 | 20 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. Amended Pleadings due by 11/22/2019. Unless otherwise ordered by the Court, depositions of fact witnesses shall be completed by the date set forth in paragraph 8(b). Each side is limited to one (1) deposition (assuming that the person who posted the photograph on defendant's behalf and its corporate designee are one and the same), absent leave of Court. This case is to be tried to a jury. Counsel for the parties have conferred, and the present best estimate |

| | | |
|---|---|---|
| | | of the length of trial is 2–3 days. Motions due by 12/13/2019. Responses due by 12/11/2019. Replies due by 12/18/2019. Fact Discovery due by 1/31/2020. Defendant shall file a motion for/to bond no later than 11/27/2019. Any Pretrial Conference set for 2/6/2020 at 03:30 PM in Courtroom 1105, 40 Centre Street, New York, NY 10007 before Judge Jesse M. Furman. Defendant is granted leave to file an amended answer no later than November 22, 2019. Plaintiff shall file a formal opposition to the motion for sanctions by November 18, 2019; Defendant shall file any reply by November 25, 2019. The parties should address in those submissions whether the Court should hold an evidentiary hearing and, if so, what witnesses should be called and how it should be conducted. SO ORDERED. (Signed by Judge Jesse M. Furman on 11/14/19) (yv) (Entered: 11/15/2019) |
| 11/15/2019 | | ***DELETED DOCUMENT. Deleted document number 21 ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING AND SHOW CAUSE HEARING. The document was incorrectly filed in this case. (yv) (Entered: 11/15/2019) |
| 11/18/2019 | 21 | MEMORANDUM OF LAW in Opposition re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel*. . Document filed by Arthur Usherson. (Liebowitz, Richard) (Main Document 21 replaced on 12/10/2019) (ab). (Entered: 11/18/2019) |
| 11/18/2019 | 22 | DECLARATION of Richard P. Liebowitz in Opposition re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel*.. Document filed by Arthur Usherson. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Main Document 22 replaced on 12/10/2019) (ab). (Entered: 11/18/2019) |
| 11/18/2019 | 23 | DECLARATION of James Freeman in Opposition re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel*.. Document filed by Arthur Usherson. (Liebowitz, Richard) (Main Document 23 replaced on 12/10/2019) (ab). (Entered: 11/18/2019) |
| 11/18/2019 | 24 | DECLARATION of Rebecca Liebowitz in Opposition re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel*.. Document filed by Arthur Usherson. (Liebowitz, Richard) (Main Document 24 replaced on 12/10/2019) (ab). (Entered: 11/18/2019) |
| 11/19/2019 | 25 | AMENDED ANSWER to 1 Complaint. Document filed by Bandshell Artist Management. (Newberg, Brad) (Entered: 11/19/2019) |
| 11/20/2019 | 26 | ORDER: Given the interest in maintaining the confidentiality of negotiations and discussions conducted as part of the Court−annexed Mediation Program, it is hereby ORDERED that the filings made in connection with Defendant's motion for sanctions, ECF No. 14, shall be temporarily sealed unless and until the Court orders otherwise. Within one week of the filing of Defendant's reply in support of its motion, the parties shall each file a letter brief on ECF stating their views on whether and to what extent the motion filings should remain under seal given the strong presumption in favor of public access to judicial documents. See generally Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119–20 (2d Cir. 2006). The Court will determine whether to keep the documents under seal when deciding the underlying motion. The Clerk of Court is directed to place ECF Nos. 14–16, 18–19, and 21–24 on "Court View Only." Further, Defendant shall follow the Court's Individual Rules and Practices for Civil Cases in submitting its reply papers under seal in the first instance. SO ORDERED. (Signed by Judge Jesse M. Furman on 11/20/2019) (ama) Transmission to Sealed Records Clerk for processing. (Entered: 11/20/2019) |
| 11/26/2019 | | ***DELETED DOCUMENT. Deleted document number 27 Transcript. The document was incorrectly filed in this case. (jca) (Entered: 01/06/2020) |
| 11/26/2019 | | ***DELETED DOCUMENT. Deleted document number 28 Notice of filing of Official Transcript. The document was incorrectly filed in this case. (jca) (Entered: 01/06/2020) |
| 11/27/2019 | 29 | MOTION for Bond *to Cover Defendant's Fees and Costs*. Document filed by Bandshell Artist Management.(Newberg, Brad) (Entered: 11/27/2019) |
| 11/27/2019 | 30 | MEMORANDUM OF LAW in Support re: 29 MOTION for Bond *to Cover Defendant's Fees and Costs*. . Document filed by Bandshell Artist Management. |

| | | |
|---|---|---|
| | | (Newberg, Brad) (Entered: 11/27/2019) |
| 11/27/2019 | 31 | DECLARATION of Mark J. McKenna in Support re: 29 MOTION for Bond *to Cover Defendant's Fees and Costs.*. Document filed by Bandshell Artist Management. (Newberg, Brad) (Entered: 11/27/2019) |
| 11/27/2019 | 32 | DECLARATION of Brad R Newberg in Support re: 29 MOTION for Bond *to Cover Defendant's Fees and Costs.*. Document filed by Bandshell Artist Management. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7)(Newberg, Brad) (Entered: 11/27/2019) |
| 12/04/2019 | 33 | LETTER addressed to Judge Jesse M. Furman from Brad Newberg dated 12/4/2019 re: Sealing of Sanctions Motion. Document filed by Bandshell Artist Management.(Newberg, Brad) (Entered: 12/04/2019) |
| 12/09/2019 | 34 | MEMORANDUM OPINION AND ORDER: The Court has reviewed the parties' motion papers and will file on the public docket versions of their submissions redacted in accordance with the discussion above. The unredacted versions shall be filed and maintained under seal. All future filings in connection with the sanctions motion shall be filed publicly, but, absent further order of the Court, shall (1) be limited to the issues of whether Liebowitz obtained advance permission from the Mediator for an associate to appear at the mediation instead of himself and for Plaintiff to participate in the mediation by telephone; and (2) not include the names of the Mediator or any court employees working in the Mediation Program (or, if need be, shall redact their names). No other filings in connection with the sanctions motion are permitted absent leave of the Court. The Director of the Court−annexed Mediation Program is directed to provide a copy of this Memorandum Opinion and Order to the Mediator, who shall submit a declaration, consistent with the directions above, by December 18, 2019. The Mediator should do so, in the first instance, by e−mail to Furman_NYSDChambers@nysd.uscourts.gov so that the Court can review the declaration and redact it as appropriate. Upon review of the Mediator's declaration, the Court will decide what, if any, further proceedings are necessary to resolve Defendant's motion and further set forth in this Order. (Signed by Judge Jesse M. Furman on 12/9/2019) (rro) (Entered: 12/09/2019) |
| 12/10/2019 | 35 | REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTION: re: 14 MOTION for Sanctions against Plaintiff and Plaintiff's Counsel Document filed by Bandshell Artist Management. (ama) (Entered: 12/10/2019) |
| 12/10/2019 | 36 | SECOND DECLARATION OF BRAD R. NEWBERG IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS: 14 MOTION for Sanctions against Plaintiff and Plaintiff's Counsel. Document filed by Bandshell Artist Management. (ama) (Entered: 12/10/2019) |
| 12/10/2019 | 37 | DECLARATION OF MARK J. MCKENNA IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS: re: 14 MOTION for Sanctions against Plaintiff and Plaintiff's Counsel. Document filed by Bandshell Artist Management. (ama) (Entered: 12/10/2019) |
| 12/10/2019 | 38 | LETTER addressed to Judge Jesse M. Furman from Brad R. Newberg dated 11/25/2019 re: Per this Court's November 20, 2019 Order directing that the paper related to Defendant's Motion for Sanctions be temporarily Sealed. Document filed by Bandshell Artist Management.(ama) (Entered: 12/10/2019) |
| 12/11/2019 | 39 | ORDER: In accordance with the Court's Memorandum Opinion and Order dated December 9, 2019, the Mediator submitted to the Court the attached Declaration, which the Court has redacted to remove references to the Mediator's name. No later than noon on December 16, 2019, Mr. Liebowitz shall file a letter on ECF indicating if he believes that an evidentiary hearing is necessary to resolve Defendant's motion. In the absence of such a request, the Court will treat the facts set forth in the Mediators declaration as uncontested. SO ORDERED. (Signed by Judge Jesse M. Furman on 12/11/2019) (jca) (Entered: 12/11/2019) |
| 12/11/2019 | 40 | MEMORANDUM OF LAW in Opposition re: 29 MOTION for Bond *to Cover Defendant's Fees and Costs*. . Document filed by Arthur Usherson. (Liebowitz, |

| | | |
|---|---|---|
| | | Richard) (Entered: 12/11/2019) |
| 12/16/2019 | 41 | RESPONSE re: 39 Order,, . Document filed by Arthur Usherson. (Liebowitz, Richard) (Entered: 12/16/2019) |
| 12/17/2019 | 42 | ORDER, Unless the Court orders otherwise, the evidentiary hearing shall be held on January 8, 2020, at 9:30 a.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Richard Liebowitz, Brad Newberg, and the Mediator must attend in person. The parties may, but do not have to, attend in person. Any party objecting to the foregoing or believing that a conference should be held to discuss these (or any other) matters shall submit a letter by noon on December 19, 2019. SO ORDERED. (Evidentiary Hearing set for 1/8/2020 at 09:30 AM in Courtroom 1105, 40 Centre Street, New York, NY 10007 before Judge Jesse M. Furman.) (Signed by Judge Jesse M. Furman on 12/17/19) (yv) (Entered: 12/17/2019) |
| 12/17/2019 | 43 | REPLY MEMORANDUM OF LAW in Support re: 29 MOTION for Bond *to Cover Defendant's Fees and Costs*. . Document filed by Bandshell Artist Management. (Newberg, Brad) (Entered: 12/17/2019) |
| 12/17/2019 | 44 | DECLARATION of Brad R Newberg in Support re: 29 MOTION for Bond *to Cover Defendant's Fees and Costs*.. Document filed by Bandshell Artist Management. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6)(Newberg, Brad) (Entered: 12/17/2019) |
| 12/19/2019 | 45 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above−captioned action is voluntarily dismissed, with prejudice against the defendant(s) Bandshell Artist Management pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Arthur Usherson. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**.(Liebowitz, Richard) Modified on 12/19/2019 (km). (Entered: 12/19/2019) |
| 12/19/2019 | 46 | LETTER addressed to Judge Jesse M. Furman from Brad Newberg dated 12/19/2019 re: Evidentiary Hearing. Document filed by Bandshell Artist Management.(Newberg, Brad) (Entered: 12/19/2019) |
| 12/19/2019 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT VOLUNTARY DISMISSAL. Notice to Attorney Richard Liebowitz. RE−FILE Document No. 45 Stipulation of Voluntary Dismissal. The filing is deficient for the following reason(s): The docket entry text needs to match the document. Please re−file document and when re−filing do not select that the document is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Your document does not state that it is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Re−file the document using the event type Stipulation of Voluntary Dismissal found under the event list Other Documents. (km)** (Entered: 12/19/2019) |
| 12/20/2019 | 47 | ORDER denying as moot 29 Motion for Bond. Accordingly, the January 8, 2020 hearing will proceed as planned. At that hearing, the Court will hear sworn testimony from three witnesses in the following order: Mr. Liebowitz, Mr. Newberg, and the Mediator. As noted, the Court will treat their previously submitted declarations as their direct testimony and proceed directly to cross−examination limited to the issues of whether Mr. Liebowitz obtained advance permission from the Mediator for an associate to appear at the mediation instead of Mr. Liebowitz and for Plaintiff to participate in the mediation by telephone. See ECF No. 42. In the case of Mr. Liebowitz and Mr. Newberg, the Court will begin with cross−examination by opposing counsel and then proceed to its own questioning. In the case of the Mediator, the Court will engage in its own questioning first and then give counsel for both sides an opportunity to ask follow−up questions. Counsel should be prepared for brief oral argument at the close of the hearing. The Clerk of Court is directed to terminate ECF No. 29. SO ORDERED. (Signed by Judge Jesse M. Furman on 12/20/2019) (va) (Entered: 12/20/2019) |
| 12/20/2019 | 48 | STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii) : It is hereby stipulated by Plaintiff Arthur Usherson and Defendant |

|  |  |  |
|---|---|---|
|  |  | Bandshell Artist Management that the case has been settled and that the above case should be dismissed with prejudice with each side to bear its own costs and attorney's fees. SO ORDERED. To be clear, the Court retains jurisdiction to adjudicate Defendant's pending motion for sanctions and any other sanctions–related matters. See, e.g., Rice v. NBCUniversal Media, LLC, No. 19–CV–447 (JMF), 2019 WL 3000808, at *4 (S.D.N.Y. July 10, 2019) (noting, in imposing sanctions on Mr. Liebowitz, that voluntary dismissal does not preclude the district court from considering collateral issues such as sanctions. (quoting U.S. D.I.D. Corp. v. Windstream Commcns, Inc., 775 F.3d 128, 134 (2d Cir. 2014)). The Clerk of Court is directed to close this case but should NOT terminate ECF No. 14., (Bandshell Artist Management terminated.) (Signed by Judge Jesse M. Furman on 12/20/19) (yv) (Entered: 12/20/2019) |
| 12/20/2019 |  | Terminate Transcript Deadlines (yv) (Entered: 12/20/2019) |
| 12/20/2019 | 49 | AO 121 FORM COPYRIGHT – CASE TERMINATED– SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a final decision was rendered on 12/20/19 in a court action filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights. (yv) (Entered: 12/20/2019) |
| 01/06/2020 | 50 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/14/2019 before Judge Jesse M. Furman. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/27/2020. Redacted Transcript Deadline set for 2/6/2020. Release of Transcript Restriction set for 4/6/2020.(McGuirk, Kelly) (Entered: 01/06/2020) |
| 01/06/2020 | 51 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERECE proceeding held on 11/14/19 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 01/06/2020) |
| 01/08/2020 |  | Minute Entry for proceedings held before Judge Jesse M. Furman: Evidentiary Hearing held on 1/8/2020. Richard Liebowitz present for the Plaintiff. James Freeman present as Mr. Liebowitz's counsel. Brad Newberg and Stephen Foresta present for Defendant. Court reporter present. –– Witnesses called. Decision reserved. –– See transcript. (ab) (Entered: 01/08/2020) |
| 01/08/2020 | 52 | ORDER: As stated on the record at the close of the evidentiary hearing held on January 8, 2020, Defendant shall serve via overnight courier a copy of the files obtained from the U.S. Copyright Office for the copyright registration by January 9, 2020, and file proof of service within one business day of service. No later than January 17, 2020, Plaintiff shall file a letter on ECF addressing (1) whether Paragraph 9 of the Complaint is accurate; and (2) if not, whether sanctions are warranted on this basis against either Plaintiff's counsel or Plaintiff himself. In addition, by January 13, 2020, Plaintiff shall submit a letter brief not to exceed threepages addressing the effect, if any, of the parties' stipulation of dismissal on Defendant's motion for sanctions and addressing the appropriate sanctions in the event that the Court deems sanctions to be appropriate. Defendant shall submit any reply to Plaintiff's submission, not to exceed three pages, by January 15, 2020. Finally, Defendant shall submit a detailed accounting of the costs and attorney's fees incurred (had counsel not been pro bono) in connection with the October 31, 2019 mediation and the pending motion for sanctions by January 17, 2020. SO ORDERED. (Signed by Judge Jesse M. Furman on 1/8/2020) (jca) (Entered: 01/08/2020) |
| 01/09/2020 | 53 | RESPONSE to Motion re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel. Service of Deposit Copy CD*. Document filed by Bandshell Artist Management. (Attachments: # 1 Exhibit Email regarding deposit copy CD)(Newberg, Brad) (Entered: 01/09/2020) |

| | | |
|---|---|---|
| 01/13/2020 | 54 | LETTER addressed to Judge Jesse M. Furman from Richard Liebowitz dated 1/13/20 re: Amount of Sanctions to be Awarded (If Any). Document filed by Arthur Usherson.(Liebowitz, Richard) (Entered: 01/13/2020) |
| 01/15/2020 | 55 | RESPONSE to Motion re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel. Letter in Response to January 13 Letter*. Document filed by Bandshell Artist Management. (Newberg, Brad) (Entered: 01/15/2020) |
| 01/17/2020 | 56 | RESPONSE to Motion re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel. Summary of costs and fees for mediation and sanctions motion*. Document filed by Bandshell Artist Management. (Attachments: # 1 Exhibit Detailed Summary of costs and fees)(Newberg, Brad) (Entered: 01/17/2020) |
| 01/17/2020 | 57 | LETTER addressed to Judge Jesse M. Furman from Richard Liebowitz dated 1/17/20 re: Copyright Registration Certificate. Document filed by Arthur Usherson. (Attachments: # 1 Exhibit 272 Registration)(Liebowitz, Richard) (Entered: 01/17/2020) |
| 01/18/2020 | 58 | LETTER addressed to Judge Jesse M. Furman from Brad Newberg dated 01/18/2020 re: Response to Jan 17 letter on copyright registrations. Document filed by Bandshell Artist Management. (Attachments: # 1 Exhibit Transcript pages)(Newberg, Brad) (Entered: 01/18/2020) |
| 01/24/2020 | 59 | ORDER. no later than January 31, 2020, Mr. Liebowitz shall file a declaration, sworn under penalty of perjury, specifying: (1) the nature and cause of the "administrative mistake" or "clerical error" to which he refers in his January 17, 2020 letter, including who was responsible for the mistake or error; (2) the factual basis for his inclusion of the allegation set forth in Paragraph 9 of the Complaint and the source of that factual basis, including a detailed description of any investigation into the matter that he conducted prior to the filing of the Complaint; (3) what role, if any, he played in the filing of the application for Registration 272, when and by whom that application was filed, and why the decision to obtain that registration was made (including but not limited to whether it was made due to a realization that the Photograph had not been registered); (4) when Mr. Liebowitz became aware that the Photograph was not registered under Registration 046, how he learned of that fact, and whether Mr. Liebowitz knew on November 14, 2019 (the date of the initial pretrial conference in this matter) that the Photograph had been registered after this lawsuit was commenced; and (5) why Mr. Liebowitz failed to advise the Court and defense counsel that Paragraph 9 of the Complaint was inaccurate until his January 17, 2020 letter. No later than the same date, Mr. Freeman shall file a declaration, sworn under penalty of perjury, specifying (1) the factual basis for the representations he made at the January 8, 2020 hearing about the registration of the Photograph, including that the allegation in Paragraph 9 of the Complaint was based on information provided to counsel by Mr. Usherson and that counsel had confirmed, prior to filing the Complaint, that Mr. Usherson was the claimant for Registration 046; and (2) any personal knowledge he has of any 'administrative mistake" or "clerical error" related to the allegation in Paragraph 9 of the Complaint, and the basis for such knowledge. In addition, no later than the same date, Mr. Usherson shall also file a declaration, both notarized and sworn under penalty of perjury, specifying (1) whether, as of the date this lawsuit was filed, he was aware that the Photograph had not been registered; (2) what, if any, information he provided to Mr. Liebowitz, Mr. Freeman, or any other attorney from the Liebowitz Law Firm about the registration of the Photograph and the date(s) on which he provided such information; and (3) what role, if any, he played in connection with Registration 272, including but not limited to the decision to seek registration and the actual filing of the registration. Finally, by the same date, Mr. Liebowitz is granted leave (but not required) to file a supplemental letter, not to exceed three pages, addressing the question of whether sanctions should be imposed in light of any new information in the aforementioned declarations. Defense counsel is granted leave (but not required) to file a letter, not to exceed three pages, responding to the declarations and any supplemental letter no later than February 5, 2020. SO ORDERED. (Signed by Judge Jesse M. Furman on 1/24/20) (yv) (Entered: 01/24/2020) |
| 01/24/2020 | 60 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 59 Order,,,,,,,,,,,,, *through 2/7/20* addressed to Judge Jesse M. Furman from Richard Liebowitz dated 1/24/20. Document filed by Arthur Usherson.(Liebowitz, Richard) (Entered: 01/24/2020) |

| | | |
|---|---|---|
| 01/29/2020 | 61 | ORDER granting 60 Letter Motion for Extension of Time to File Response/Reply: Application GRANTED. Mr. Liebowitz, Mr. Freeman, and Mr. Usherson shall submit the declarations required by the Court's Order at ECF No. 59 by February 7, 2020. By the same date, Mr. Liebowitz may (but is not required to) file a supplemental letter as stated in the Court's Order, and defense counsel may (but is not required to) file a response by February 10, 2020. The Clerk of Court is directed to terminate ECF No. 60. (Signed by Judge Jesse M. Furman on 1/29/2020) (jwh) (Entered: 01/29/2020) |
| 02/07/2020 | 62 | AFFIDAVIT of Arthur Usherson re: 61 Order on Motion for Extension of Time to File Response/Reply,, . Document filed by Arthur Usherson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I).(Liebowitz, Richard) (Entered: 02/07/2020) |
| 02/07/2020 | 63 | DECLARATION of Richard Liebowitz re: 61 Order on Motion for Extension of Time to File Response/Reply,, . Document filed by Arthur Usherson. (Attachments: # 1 Exhibit A).(Liebowitz, Richard) (Entered: 02/07/2020) |
| 02/07/2020 | 64 | DECLARATION of James Freeman re: 61 Order on Motion for Extension of Time to File Response/Reply,, . Document filed by Arthur Usherson..(Liebowitz, Richard) (Entered: 02/07/2020) |
| 02/10/2020 | 65 | RESPONSE to Motion re: 14 MOTION for Sanctions *against Plaintiff and Plaintiff's Counsel. Letter in Response to February 7 filing*. Document filed by Bandshell Artist Management..(Newberg, Brad) (Entered: 02/10/2020) |
| 02/12/2020 | 66 | TRANSCRIPT of Proceedings re: HEARING held on 1/8/2020 before Judge Jesse M. Furman. Court Reporter/Transcriber: Martha Martin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/4/2020. Redacted Transcript Deadline set for 3/16/2020. Release of Transcript Restriction set for 5/12/2020..(McGuirk, Kelly) (Entered: 02/12/2020) |
| 02/12/2020 | 67 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 1/8/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 02/12/2020) |
| 06/26/2020 | 68 | OPINION AND ORDER re 14 MOTION for Sanctions: In this case and others, Mr. Liebowitz and his firm have fallen far short of that standard and failed to "conduct themselves in a manner compatible with the role of courts in the administration of justice." Id. at 645. Accordingly, and for the reasons stated above, the Court concludes that sanctions must be imposed on Mr. Liebowitz and his firm, as follows... In addition, as noted above, the Court will send a copy of this Opinion and Order to the Chair of the Court's Grievance Committee to take whatever action the Committee deems appropriate. The Clerk of Court is directed to terminate ECF No. 14.(See OPINION) (Signed by Judge Jesse M. Furman on 6/26/2020) (ab) (Entered: 06/26/2020) |
| 07/06/2020 | | CASHIERS OFFICE REMARK on 68 Memorandum & Opinion in the amount of $103,517.49, paid on 7/6/2020, Receipt Number 465401261556. (qs) (Entered: 07/06/2020) |
| 07/06/2020 | 69 | CERTIFICATE OF SERVICE. Document filed by Arthur Usherson..(Liebowitz, Richard) (Entered: 07/06/2020) |
| 07/06/2020 | 70 | NOTICE OF APPEARANCE by Robert James Anello on behalf of Richard Liebowitz, Liebowitz Law Firm, PLLC..(Anello, Robert) (Entered: 07/06/2020) |
| 07/06/2020 | 71 | NOTICE OF APPEARANCE by Brian A. Jacobs on behalf of Richard Liebowitz, Liebowitz Law Firm, PLLC..(Jacobs, Brian) (Entered: 07/06/2020) |
| 07/17/2020 | 72 | NOTICE OF APPEARANCE by Kevin Grossinger on behalf of Richard Liebowitz, Liebowitz Law Firm, PLLC..(Grossinger, Kevin) (Entered: 07/17/2020) |

| | | |
|---|---|---|
| 07/17/2020 | 73 | NOTICE OF APPEARANCE by Andrew Dennis Dillon on behalf of Richard Liebowitz, Liebowitz Law Firm, PLLC..(Dillon, Andrew) (Entered: 07/17/2020) |
| 07/20/2020 | 74 | NOTICE OF APPEAL from 68 Memorandum & Opinion,,,. Document filed by Richard Liebowitz, Liebowitz Law Firm, PLLC. Filing fee $ 505.00, receipt number ANYSDC–20759359. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Anello, Robert) (Entered: 07/20/2020) |
| 07/20/2020 | 75 | LETTER addressed to Ruby Krajick from Robert J. Anello re: Enclosing copy of a Chase cashier's check (with LLF as remitter) in the amount of $103,517.49. Document filed by Richard Liebowitz, Liebowitz Law Firm, PLLC.(yv) (Entered: 07/20/2020) |
| 07/20/2020 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 74 Notice of Appeal. (tp) (Entered: 07/20/2020) |
| 07/20/2020 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 74 Notice of Appeal, filed by Liebowitz Law Firm, PLLC, Richard Liebowitz were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/20/2020) |