## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Arthur Usherson v. Bandshell Artist Management    Docket No.: 20-2304

Lead Counsel of Record (name/firm) or Pro se Party (name): Robert J. Anello/ Morvillo Abramowitz Grand Iason & Anello P.C.

Appearance for (party/designation): Richard Liebowitz and the Liebowitz Law Firm, PLLC/ counsel of record for Plaintiff Arthur Usherson

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
        Parties:
( ) Incorrect.    Please change the following parties' designations:
        Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Robert J. Anello
Firm: Morvillo Abramowitz Grand Iason & Anello P.C.
Address: 565 Fifth Avenue, New York, NY 10017
Telephone: 212-856-9600                Fax: 212-856-9494
Email: ranello@maglaw.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 04-24-2020                OR that ( ) I applied for admission on                        or renewal on                        .    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Robert J. Anello
Type or Print Name: Robert J. Anello
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.