## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Arthur Usherson v. Bandshell Artist Management**  Docket No.: **20-2304**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Brian A. Jacobs**

Firm: **Morvillo Abramowitz Grand Iason & Anello P.C.**

Address: **565 Fifth Avenue, New York, NY 10017**

Telephone: **212-880-9600**  Fax: **212-859-9494**

E-mail: **bjacobs@maglaw.com**

Appearance for: **Richard Liebowitz and the Liebowitz Law Firm, PLLC**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Robert J. Anello/Morvillo Abramowitz Grand Iason & Anello P.C.** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **08-01-2018**   OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Brian A. Jacobs**

Type or Print Name: **Brian A. Jacobs**