# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 20-2304

**Caption [use short title]**

**Motion for:** Emergency stay pending appeal.

Set forth below precise, complete statement of relief sought:

Appellants request that this Court stay enforcement of sanctions three, four, five, and six in the District Court's Opinion & Order dated June 26, 2020, and seek an emergency interim stay pending this Court's ruling on this motion.

Usherson v. Bandshell Artist Management

**MOVING PARTY:** Richard Liebowitz; Liebowitz Law Firm PLLC
**OPPOSING PARTY:** Bandshell Artist Management

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Brian A. Jacobs
**OPPOSING ATTORNEY:** Brad R. Newberg

[name of attorney, with firm, address, phone number and e-mail]

Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue, New York, NY 10017
bjacobs@maglaw.com; (212) 880-9536

McGuireWoods LLP
1750 Tysons Boulevard Ste. 1800, Tysons, VA 22102-4215
bnewberg@mcguirewoods.com; (703) 712-5061

**Court- Judge/ Agency appealed from:** S.D.N.Y. - Hon. Jesse M. Furman

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☑ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency:
We request that an interim stay be issued on or before July 27, 2020, which is the deadline by which Appellants must take certain actions to comply with the District Court's June 26, 2020 Opinion & Order.

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Brian A. Jacobs     **Date:** 7/23/2020     Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| ARTHUR USHERSON,<br><br>Plaintiff,<br><br>RICHARD P. LIEBOWITZ,<br>LIEBOWITZ LAW FIRM, PLLC,<br><br>Miscellaneous-<br>Appellants,<br><br>v.<br><br>BANDSHELL ARTIST<br>MANAGEMENT,<br><br>Defendant-Appellee. | No. 20-2304 |

## DECLARATION OF BRIAN A. JACOBS IN SUPPORT OF EMERGENCY MOTION FOR STAY PENDING APPEAL

## INTERIM RELIEF REQUESTED NO LATER THAN 5 P.M. ON MONDAY, JULY 27, 2020

>MORVILLO ABRAMOWITZ GRAND
>    IASON & ANELLO P.C.
>565 Fifth Avenue
>New York, New York 10017
>Tel: (212) 856-9600
>Fax: (212) 856-9494

I, Brian A. Jacobs, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury:

1. I am a principal of the law firm Morvillo Abramowitz Grand Iason & Anello P.C., counsel for Appellants Richard Liebowitz and Liebowitz Law Firm ("LLF") (collectively, "Appellants").

2. I submit this Declaration, along with the accompanying Memorandum of Law and Declaration of Kevin Grossinger ("Suppl. Decl.") and the exhibits thereto, in support of Appellants' emergency motion to stay pending appeal sanctions three, four, five, and six imposed by the District Court in its June 26, 2020 Opinion and Order. Suppl. Decl. Ex. B (the "Opinion").

3. In accordance with Fed. R. App. P. 8(a)(1), on July 20, 2020—the same day Appellants filed a timely notice of appeal—Appellants moved in the District Court for a stay pending appeal. *Id.* Exs. C–D.

4. On July 22, the District Court denied Appellants' request. *Id.* Ex. E (the "Denial Order").

5. Appellants respectfully request, pursuant to Fed. R. App. P. 8(a)(2)(A)(ii), that this Court issue a stay pending appeal as to the enforcement of non-monetary sanctions three, four, five, and six. Appellants further request an interim stay pending this Court's determination of Appellants' motion.

6. Appellants request a ruling on or before July 27, 2020, at 5:00 p.m., because sanctions three and four require Appellants to take certain steps by the end

1

of that day. Obtaining a ruling by that date and time will enable Appellants to comply, if necessary.

7.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:     July 23, 2020
           New York, N.Y.

                                          /s/ Brian A. Jacobs

                                          MORVILLO ABRAMOWITZ GRAND IASON
                                             & ANELLO P.C.
                                          565 Fifth Avenue
                                          New York, New York 10017
                                          Tel: (212) 856-9600
                                          Fax: (212) 856-9494
                                          bjacobs@maglaw.com

                                          *Counsel for Richard Liebowitz and
                                          Liebowitz Law Firm, PLLC*