20-2304
*Usherson v. Bandshell Artist Management*

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand twenty.

Present:
    Debra Ann Livingston,
        *Circuit Judge.*

_____

Arthur Usherson,

        *Plaintiff*,

Richard P. Liebowitz, Liebowitz Law Firm, PLLC,      **ORDER**

        *Miscellaneous-Appellants*,      Docket No. 20-2304

    v.

Bandshell Artist Management,

        *Defendant-Appellee*.

_____

Richard P. Liebowitz and the Liebowitz Law Firm, PLLC move for a stay pending appeal and an immediate stay pending this Court's determination of the stay motion. IT IS HEREBY ORDERED that the motion for an immediate stay is DENIED, and the motion for a stay pending appeal is referred to a three-judge panel sitting the week of August 10, 2020.

                                    For the Court**:**
                                    Catherine O'Hagan Wolfe,
                                    Clerk of Court

