**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: July 28, 2020
Docket #: 20-2304cv
Short Title: Usherson v. Bandshell Artist Management

DC Docket #: 19-cv-6368
DC Court: SDNY (NEW YORK CITY)
DC Judge: Furman

# NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for a stay of enforcement of sanctions filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, August 11, 2020.

Inquiries regarding this case may be directed to 212-857-8595.