# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
(212) 856-9600

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 10, 2020

**BY ECF**

Catherine O'Hagan Wolfe
Clerk of Court, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    Usherson v. Bandshell Artist Management
             Docket No. 20-2304

Dear Ms. O'Hagan Wolfe:

      This firm represents Appellants Richard Liebowitz and Liebowitz Law Firm, PLLC. I am writing to advise the Court that, on August 3, 2020, I filed on Appellants' behalf a Form D (Civil Appeal Transcript Information) certifying that this firm would not be ordering a transcript for purposes of this appeal. (Dkt. 37.) Accordingly, pursuant to Local Rule 31.2(a)(1)(A), Appellants will file their brief with the Court by Monday, November 2, 2020, a date within 91 days of August 3, 2020.

                                            Respectfully submitted,

                                            /s/ Robert J. Anello

                                            Robert J. Anello

CC:    Brad Newberg (by ECF)