S.D.N.Y. – N.Y.C.
19-cv-6368
Furman, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand twenty.

Present:
    Jon O. Newman,
    Rosemary S. Pooler,
    Peter W. Hall,
        *Circuit Judges*.

Arthur Usherson,

        *Plaintiff*,

Richard P. Liebowitz, Liebowitz Law Firm, PLLC,

        *Miscellaneous-Appellant*,

    v.         20-2304

Bandshell Artist Management,

        *Defendant-Appellee*.

Appellants move for a stay pending appeal of the non-monetary sanctions imposed by the district court's June 26, 2020 order. Upon due consideration, it is hereby ORDERED that the motion is DENIED. Appellants have not made the requisite showing of entitlement to a stay. *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

