UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand twenty,

Arthur Usherson,

    Plaintiff,

Richard P. Liebowitz, Liebowitz Law Firm, PLLC,

    Miscellaneous - Appellant

v.

Bandshell Artist Management,

    Defendant - Appellee.

**ORDER**
Docket No: 20-2304

Counsel for Appellants has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 2, 2020 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before November 2, 2020. The appeal is dismissed effective November 2, 2020 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

