# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Arthur Usherson v. Bandshell Artist Management    Docket No.: 20-2304

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Andrew Dennis Dillon

Firm: Morvillo Abramowitz Grand Iason & Anello P.C.

Address: 565 Fifth Avenue, New York, NY 10017

Telephone: 212-880-9550    Fax: 212-859-9494

E-mail: ddillon@maglaw.com

Appearance for: Richard Liebowitz and the Liebowitz Law Firm, PLLC/ counsel of record for Plaintiff Arthur Usherson
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Robert J. Anello/Morvillo Abramowitz Grand Iason & Anello P.C.)
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Andrew Dennis Dillon

Type or Print Name: Andrew Dennis Dillon