**McGuireWoods LLP**
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
Phone: 703.712.5000
Fax: 703.712.5050
www.mcguirewoods.com

**Brad R. Newberg**
Direct: 703.712.5061



bnewberg@mcguirewoods.com

November 3, 2020

**Via ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   **Re: Usherson v. Bandshell Artist Management**
      **Case No: 20-2304 cv**

Dear Ms. Wolfe :

  We represent Defendant-Appellee Bandshell Artist Management ("Defendant-Appellee") in the above-referenced matter. Pursuant to Local Rule 31.2 (a)(1)(B) of the Court of Appeals for the Second Circuit, Defendant-Appellee respectfully requests that the time to file its opposition to the Brief of Plaintiff-Appellant, filed on November 2, 2020, be set for December 18, 2020.

          Respectfully submitted,

          */s Brad R. Newberg*

          Brad R. Newberg

cc: All Counsel of Record (via ECF)

137164421_1