**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 25, 2021<br>Docket #: 20-2304cv<br>Short Title: Usherson v. Bandshell Artist Management | DC Docket #: 19-cv-6368<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Furman |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8534.