# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Richard P. Liebowitz, et al. v. Bandshell Artist Management | USCA DOCKET NUMBER:<br>20-2304 | COUNSEL'S NAME:<br>Brad R. Newberg |
| | DISTRICT/AGENCY:<br>S.D.N.Y. | COUNSEL'S ADDRESS:<br>McGuireWoods LLP, 1750 Tysons Blvd., Ste. 1800, Tysons, VA 22102 |
| | DISTRICT/AGENCY NUMBER:<br>1:19-cv-06368-JMF | DATE:<br>July 7, 2021 |

Counsel for Bandshell Artist Management respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the Appellants, Richard P. Liebowitz and Liebowitz Law Firm, PLLC and in favor of Appellee, Bandshell Artist Management for insertion in the mandate.

| | |
|---|---|
| Docketing Fee | N/A |
| Costs of printing appendix (necessary copies N/A ) | N/A |
| Costs of printing brief (necessary copies 6 ) | $230.60* |
| Costs of printing reply brief (necessary copies N/A ) | N/A |

**(VERIFICATION HERE)**

I, Brad R. Newberg, have reviewed the attached costs and attest that they are true and correct to the best of my knowledge.

/s/ Brad R. Newberg
_____
Signature

*The Court of Appeals has broken its decision into two parts and issued the affirmance on Part 1: the findings of fact and the non-monetary sanctions. As it is unknown when the decision on Part 2 will be released, and the vast majority of the brief in the appeal focused on the issues in Part 1, Appellee has submitted its full bill of costs.

Rev. April, 2011

# 20-2304

**In the**

# United States Court of Appeals For the Second Circuit

_____

ARTHUR USHERSON,

*Plaintiff,*

RICHARD P. LIEBOWITZ; LIEBOWITZ LAW FIRM, PLLC,

*Appellants*,

v.

BANDSHELL ARTIST MANAGEMENT,

*Defendant-Appellee.*

_____

On Appeal from the United States District Court
for the Southern District of New York
Case No. 1:19-cv-06368-JMF

_____

**AFFIDAVIT OF BRAD R. NEWBERG IN SUPPORT
OF DEFENDANT-APPELLEE'S VERIFIED
ITEMIZED BILL OF COSTS**

_____

Brad R. Newberg
McGuireWoods LLP
1750 Tysons Blvd., Ste. 1800
Tysons Corner, VA 22102
T: (703) 712-5061

*Counsel for Defendant-Appellee Bandshell Artist Management*

I, Brad R. Newberg, declare as follows:

1. My name is Brad R. Newberg. I am a Partner at the law firm of McGuireWoods LLP. Based on my personal knowledge, I am competent to testify about the following matters.

2. I am counsel for Defendant-Appellee Bandshell Artist Management ("Bandshell"), the prevailing party in the above-captioned matter. I am submitting this Affidavit in support of Bandshell's request for a Bill of Costs pursuant to Federal Rule of Appellate Procedure 39 and Local Rule 39.1 of the U.S. Court of Appeals for the Second Circuit.

3. In connection with this appeal, Bandshell printed its answering brief in-house at McGuireWoods LLP. Counsel for Bandshell has prepared an itemized list of these printing costs, attached hereto as **Exhibit A**. Because there is no printer's bill, Counsel for Bandshell has based these costs on the fees detailed in the Fee Schedule posted on this Court's website.

4. Based on the Fee Schedule, these costs are correct and have been necessarily incurred. The services for which these expenses are sought were actually and necessarily performed.

5. Accordingly, I request Bandshell be awarded its expenses incurred in this appeal, which are $230.60.

1

Dated: July 7, 2021	Respectfully submitted,

<u>*/s/ Brad R. Newberg*</u>
Brad R. Newberg (#BN1203)
McGuireWoods LLP
1750 Tysons Blvd., Ste. 1800
Tysons Corner, VA 22102
T: 703-712-5061
F: 703-712-5050
bnewberg@mcguirewoods.com

*Counsel for Defendant-Appellee*
*Bandshell Artist Management*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, the foregoing was filed with the Clerk of the United States Court of Appeals for the Second Circuit using the CM/ECF system. The system will serve counsel of record.

<u>*/s/ Brad R. Newberg*</u>
Brad R. Newberg

*Counsel for Defendant-Appellee*
*Bandshell Artist Management*

# Exhibit A

## Defendant-Appellee's Bill of Costs
No. 20-2304

| Item | Quantity | Unit Price | Amount |
|---|---:|---:|---:|
| Answering Brief - Pages (6 copies of 63 pages = 378) | 378.00 | 0.20 | 75.60 |
| Answering Brief - Typeset Cover | 1.00 | 125.00 | 125.00 |
| Answering Brief - Binding (6 copies) | 6.00 | 5.00 | 30.00 |
| **TOTAL:** | | | **$230.60** |