UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-one.

_____

Richard P. Liebowitz, Liebowitz Law Firm, PLLC,

        Appellants,

Arthur Usherson,

        Plaintiff,

v.

Bandshell Artist Management,

        Defendant-Appellee.
_____

**ORDER**
Docket No. 20-2304

The mandate issued in this appeal on July 16, 2021, due to an administrative error.

IT IS HEREBY ORDERED that the mandate in this case is recalled.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court