# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand twenty-one.

Before:      Debra Ann Livingston,
           *Chief Judge*,
           Richard C. Wesley,
           Susan L. Carney,
           *Circuit Judges*.

---

Richard P. Liebowitz, Liebowitz Law Firm, PLLC,

        Appellants,

Arthur Usherson,

        Plaintiff,

v.

Bandshell Artist Management,

        Defendant-Appellee.

**JUDGMENT**

Docket Nos. 20-2304

---

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that for the reasons stated in the Court's June 25, 2021 summary order and the opinion dated July 23, 2021, the order of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

