UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand twenty-one.

| | |
|---|---|
| Richard P. Liebowitz, Liebowitz Law Firm, PLLC, | STATEMENT OF COSTS |
|     Appellants, | Docket No. 20-2304 |
| Arthur Usherson, | |
|     Plaintiff, | |
| v. | |
| Bandshell Artist Management, | |
|     Defendant-Appellee. | |

    IT IS HEREBY ORDERED that costs are taxed in the amount of $230.60 in favor of the Defendant-Appellee.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/30/2021